[No. 5621–6–II.   Division Two.   March 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
E. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 58546, E. Albert Morrison, J., entered Febru-
ary 5, 1981. *Reversed* by unpublished opinion per Petrich,
C.J., concurred in by Petrie and Worswick, JJ.

[No. 5431–1–II.   Division Two.   March 17, 1983.]

LACEY DISTRIBUTING COMPANY, INC., *Respondent,* v.
STANLEY R. LASSLEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 297937, Robert H. Peterson, J., entered March
13, 1981. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Petrich, C.J., and Petrie, J.

[No. 5474–4–II.   Division Two.   March 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
TOWNSEND, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 5947, Gerald B. Chamberlin, J., entered
April 7, 1981. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 5808–1–II.   Division Two.   March 17, 1983.]

ESSEX LOCK & MANUFACTURING COMPANY, INC.,
*Respondent,* v. MICHEL MAES, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–00129–9, Lloyd W. Bever, J., entered
June 15, 1981. *Affirmed* by unpublished opinion per
Petrich, C.J., concurred in by Petrie and Reed, JJ.